IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNEEN PARDINI CAOVILLA; DAVID CAOVILLA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No.: 13-cv-1003 JSC<br><br>**ORDER RE: PLAINTIFFS' RESPONSE TO APRIL 17, 2013 ORDER TO SHOW CAUSE** |

On April 17, 2013, the Court issued an Order to Show Cause (Dkt. No. 11) as to why this action should not be dismissed for failure to prosecute based on Plaintiffs' failure to file a response to Defendants' Motion to Dismiss (Dkt. No. 7) filed March 21, 2013. Plaintiffs have filed a document entitled Objection to Motion to Dismiss which the Court construes as an opposition to Defendants' Motion to Dismiss.

Defendants may file a reply brief on or before May 8, 2012. The hearing on Defendants' Motion to Dismiss is reset for May 16, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 1, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE