IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWNEEN PARDINI CAOVILLA; DAVID CAOVILLA,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants. | Case No.: 13-cv-1003 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

Now pending before the Court is Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. (Dkt. No. 19.) Plaintiffs opposition to the motion to dismiss was due July 12, 2013; however, Plaintiffs have not filed an Opposition or Statement of non-opposition to the Motion to Dismiss, as required by Local Rule 7-3(b).

Accordingly, the Court hereby ORDERS Plaintiffs to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiffs should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 29, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 19, 2013

                                                 _____
                                                 JACQUELINE SCOTT CORLEY
                                                 UNITED STATES MAGISTRATE JUDGE