United States District Court
Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12
13    DAWNEEN PARDINI CAOVILLA;            Case No.: 13-cv-1003 JSC
      DAVID CAOVILLA,
14                                          **ORDER DISMISSING ACTION FOR
                                            FAILURE TO PROSECUTE**
15              Plaintiffs,
16        v.
17
18    WELLS FARGO BANK, N.A., et al.,
19              Defendants.
20
21        On July 19, 2013, the Court Ordered Plaintiffs to show cause as to why this action
22    should not be dismissed for failure to prosecute based on their failure to respond to
23    Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint. (Dkt. No. 24.) Plaintiffs
24    were ordered to file a response by July 29, 2013 and were warned that failure to do so could
25    result in the dismissal of this action with prejudice pursuant to Federal Rule of Civil
26    Procedure 41(b).  To date, Plaintiffs have not responded to the Court's Order.
27        Accordingly, the hearing scheduled for August 8, 2013 on Defendants' Motion to
28    Dismiss Plaintiffs' First Amended Complaint is hereby VACATED and this action is
      DISMISSED for failure to prosecute pursuant to Rule 41(b).

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated: August 2, 2013

4    _____
     JACQUELINE SCOTT CORLEY
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28